UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO MANCILLA VALDOVINOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DUENAS, et al.,<br><br>　　　　　Defendants. | 1:25-cv-01579-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 5) |

　　　　Plaintiff—pretrial detainee— initiated this action on November 18, 2025, by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement and/or certification from prison officials in support. (Doc. No. 5). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Fresno County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

　　　　According, it is **ORDERED**:

　　　　1.　　Plaintiff's application to proceed *in forma pauperis* (Doc. No. 5) is GRANTED;

2.     Pursuant to 28 U.S.C. § 1915 (b)(1)(A), the Fresno County Sheriff or his designee shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

3.     The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 5) on the Fresno County Sheriff located at P.O. Box 872, Fresno, CA 93712.

4.     The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated:    December 31, 2025

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE