UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIRO MANCILLA VALDOVINOS,

          Plaintiff,

     v.

A. DUENAS, CHAVEZ I. VALVERDE, RIVERA, and ANDERSON,

          Defendants.

Case No.  1:25-cv-01579-HBK

ORDER DISCHARGING SHOW CAUSE ORDER

(Doc. 8)

On February 24, 2026, the undersigned directed Plaintiff to comply with the Court's January 12, 2026 screening order or to show cause why the Court should not recommend dismissal of this case for Plaintiff's failure to prosecute.  (Doc. 7).  On February 25, 2026, Plaintiff filed a notice to proceed on cognizable claims in compliance with the options set forth in the January 12, 2026 screening order.  (Doc. 9).

Accordingly, it is **ORDERED**:

The Show Cause Order issued on February 24, 2026 (Doc. 8) is discharged.

Dated:    February 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE