UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO MANCILLA VALDOVINOS,<br>Plaintiff,<br>v.<br>A. DUENAS, et al.,<br>Defendants. | Case No. 1:25-cv-01579-HBK (PC)<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(Doc. 16)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Jairo Mancilla Valdovinos, a state prisoner, proceeds pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Fourteenth Amendment excessive force claims against Defendants Duenas, Chavez I. Valverde, Rivera, and Anderson, arising from an alleged beating during Plaintiff's pre-trial detention in Fresno County Jail ("FCJ"). (Docs. 1, 7, 9, 11).

On March 24, 2026, the Court directed the United States Marshal to serve Defendants. (Doc. 14). The United States Marshals Service filed USM-285 form indicating that on July, 13 2026, service was accepted for Defendant A. Duenas by X. Fang, Supervising Program Technician at FCJ. (Doc. 16). The deadline for Defendant A. Duenas to respond to the complaint was therefore August 3, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant A. Duenas

has not filed his answer or otherwise responded to the complaint.

Accordingly, IT IS ORDERED:

1. Within thirty (30) days from the date of service of this order, Defendant A. Duenas shall show cause why default should not be entered against him;
2. To facilitate the ability to comply with this order, Defendant A. Duenas's obligation to respond to the complaint is extended thirty (30) days from the date of service of this order; and
3. The Clerk's Office shall mail a courtesy copy of this order on (a) Defendant A. Duenas, Fresno County Jail, Main Jail, 1225 M Street, Fresno, CA 93721; and (b) the Fresno County Sheriff's Office Civil Unit, P.O. Box 45025, Fresno, CA 93718.

Dated: September 30, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE